IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TORRIE NASH,**

             **Plaintiff,**

-v-

**CHECKR, INC.,**

             **Defendant.**

**Civil Case Number: 6:23-cv-02322-ACC-LHP**

**NOTICE OF CASE RESOLUTION**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been resolved as to all of Plaintiff's claims against Defendant in this action. The parties anticipate filing a Stipulation of Dismissal with prejudice and without fees or costs within the next sixty (60) days.  Therefore, it is respectfully requested that the matter be stayed for sixty (60) days.

Dated:     February 29, 2024

                                                /s/ Joseph Kanee
                                                Joseph Kanee, Esq.
                                                MARCUS & ZELMAN, LLC
                                                4000 Ponce de Leon, Suite 470
                                                Coral Gables, FL 33146
                                                (786) 369-1122
                                                joseph@marcuszelman.com

                                                *Attorney for Plaintiff*